certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John J. Kendrick* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Mr. Sewall Key* for respondent.

No. 867. ANDREWS *v.* HOTEL SHERMAN, INC. ET AL. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles R. Aiken* for petitioner. *Corinne L. Rice* and *Mr. I. E. Ferguson* for respondents.

No. 877. REED ET AL. *v.* HOUSTON OIL CO. ET AL. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. B. Rubin* for petitioners. *Mr. William Hamlet Blades* for respondents.

No. 899. MARYLAND CASUALTY Co. *v.* DIXIE PINE PRODUCTS Co. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. M. M. Roberts* for petitioner. *Mr. T. J. Wills* for respondent.

No. 852. AMERICAN MANUFACTURING CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. U. M. Simon* for petitioners. *Solicitor General Fahy* and *Messrs. Robert B. Watts* and *Ernest A. Gross* and *Miss Ruth Weyand* for respondent.

No. 861. GILBERT *v.* GENERAL MOTORS CORP. May 3, 1943. Petition for writ of certiorari to the Circuit Court